

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2021

No. 04-20-00139-CR

Tyler **COLLINS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR4661
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant's motion to permit Destinee Russell to withdraw as appellate counsel is GRANTED. Appellant's motion for an extension of time to file a reply brief is GRANTED. Appellant's reply brief is due on or before **March 4, 2021**.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2021.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court